**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEPHEN MAYES, : | |
| : | No. 20-mc-0105-JMY |
| v. : | |
| : | |
| SIG SAUER, INC. : | |

**ORDER**

AND NOW, this 4th day of January, 2021, upon consideration of Motion to Compel Compliance with Foreign Subpoenas filed by the Plaintiff (ECF No. 1) and the letter dated December 24, 2020 that was forwarded to judicial chambers by Counsel for the Plaintiff, it is hereby ORDERED that the Motion to Compel Compliance with Foreign Subpoenas shall be DISMISSED without prejudice since the issues raised therein are now MOOT.

The Clerk of Court shall mark this matter CLOSED for administrative purposes.

By the Court:

　　/s/ John Milton Younge
Judge John Milton Younge